THE STATE OF IOWA, Appellee, v. DAVID DAVIS, Appellant.

**Criminal Law:** REVIEW ON APPEAL.

*Appeal from Appanoose District Court.*—HON. H. C. TRAVERSE, Judge.

WEDNESDAY, OCTOBER 7, 1891.

INDICTMENT for an assault with intent to commit murder. There was a trial, and a verdict for an assault with intent to inflict great bodily injury. From a judgment imposing an imprisonment in the county jail at hard labor for six months and the payment of the costs, the defendant appeals.—*Affirmed.*

No appearance for either party.

GRANGER, J.—The case is before us on a transcript only, showing the indictment, trial, instructions, verdict and judgment of the court. The evidence is not in the record. The proceedings seem to have been regular. The instructions, in so far as we can determine their correctness, in the absence of the evidence, are without error, and seem to be fair to the defendant.

The judgment of the district court is AFFIRMED.